UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

EMPLOYMENT DISCRIMINATION COMPLAINT FOR
PRO SE LITIGANTS IN ACTIONS FILED UNDER
42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or
42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)

Carolyn Ann Miller,
*(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

EBS Security Inc,

Printella Buckheed,
*(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

4:20 Cv 514 UW MAF

Case No.: 846-2019-28703
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ YES  ☒ NO

FILED USDC FLND TL
OCT 28 '20 PM 12:28

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name: Carolyn Ann Miller

   Address: 171 Ave L

   Apalachicola Fl

   City, State, and Zip Code: 32320

   Telephone: _____ (Home) 850-276-2985 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)*

B. Defendant(s)

1. Defendant's Name: Printella Buckhead

   Name of Employer *(if relevant)*: EBS Security Inc

   Address: 220 E Forsyth Street, Suite C

   Jacksonville Fl.

   City, State, and Zip Code: 32202

2. Defendant's Name: _____

   Name of Employer *(if relevant)*: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Attach a page to provide this information for any additional Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e - § 2000e-17 *(race, color, gender, religion, national origin)* ***(Note: To bring a federal lawsuit under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)***

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. § 621 to § 634. ***(Note: To bring a federal lawsuit under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)***

☐ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C. § 12112 to § 12117. ***(Note: To bring a federal lawsuit under the A.D.A.,***

*you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other Federal Law *(be specific)*: _____

_____

☐ Relevant State Law *(specify, if known)*: _____

_____

☐ Relevant City or County Law *(specify, if known)*: _____

_____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_____

**Statement of Claim, Continued** *(Page ___ of ___)*

A. The discriminatory conduct at issue includes *(check all that apply)*:

☐ Failure to hire

☒ Termination of employment

☐ Failure to promote

☐ Failure to accommodate disability

☐ Unequal terms and conditions of employment

☒ Retaliation

☐ Other acts *(specify)*: _____

*(ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: Aug. 29, 2019

☒ Plaintiff sought employment with Defendant on 7-15-2019 or

☐ Was employed by Defendant from 7-15-2019 until 9-10-2019

C. The location where Plaintiff was employed or sought employment was:

Address: A D Harris  810 E 11th St.
Panama City Fl.
City, State, and Zip Code: 32401

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: __10-19-2019__

B. Respondent(s) named on the charging document were: __EBS Security Inc__

   (*If possible, attach a copy of the charges filed.*)

C. The Equal Employment Opportunity Commission: *(check one)*

   ☐ Has not issued a Notice of Right to Sue letter.

   ☒ Issued a Notice of Right to Sue letter which I received on __8-31-2020__

   *(Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.)*

D. As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

   ☒ Gender/Sex *(please identify)* __Female__

   ☒ Race *(please identify)* __Black__

   ☐ Color *(please identify)* ____

   ☐ Religion *(please identify)* ____

   ☐ National origin *(please identify)* ____

☐ Disability/Perceived Disability *(please identify)* _____

☐ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* _____

☐ Other *(please identify)* _____

E. Plaintiff:

☐ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

☒ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?   ☐ Yes     ☐ No

Explain: _____

_____

H. The facts as set forth above in Section III of this complaint:

☐ Are still being committed by Defendant against Plaintiff

☒ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☒ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

lost of Income - Cause me to be depressed
Mental Distress - Couldn't pay my Bills
lost of Medical Insurance - I'm a Diabetic
and have high Blood Pressure, Migraine headache, Couldn't go to doctor or buy my meds.
All bills go behind.
had to Depend on church + people to Just to put food on the table

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☐ Defendant be directed to _Pay me from the date I was terminated Including holidays up to the present_

☐ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10-22-20    Plaintiff's Signature: Carolyn Miller

Printed Name of Plaintiff: Carolyn Ann Miller

Address: 171 Ave L
Apalachicola Fl. 32320

E-Mail Address: millercarolyncm6@gmail.com

Telephone Number: 850-276-2985

EEOC Form 161 (11/16)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Carolyn A. Miller<br>171 Avenue L<br>Apalachicola, FL 32320 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2019-28703 | **LANEETRA D. HARRIS,**<br>Investigator | (251) 690-2583 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*               08-31-2020

Enclosures(s)        **Erika LaCour,**        *(Date Mailed)*
                     **Local Office Director**

cc:    **EBS SECURITY INC**
       c/o Printella Bankhead, Owner
       220 E. Forsyth Street, Suite C
       Jacksonville, FL 32202

10-21-2020

I Carolyn Miller was hired by EBS Security Inc. After Receiving the Fema Contract From Sydus Security. I begin working for EBS Security on July 15, 2019. And on August 29th I txt Captain Anthony Maniqualt. of how Lieutenant Micheal Deaner was treating me diffent from all the male workers. My Txt to Captain Maniqualt was that Lt. Micheal Deaner was Discriminating Against me. My txt states. Capt I hate to complain again, I Just wanted to be treated Fare like everyone else, they said Monday we can work. (A holiday). One of the male officer Ask me did Lt. Deaner Ask me to work. I said no because when I got to work at 12:30pm Lt. Avoided me. and wouldn't say one word to me. he told Mr. E. Godwin to Ask me for my papers that he had us to fill out and that he was going to Ask the chief Mrs. Printella Buckhead (Owner) to Ask me for my papers. This is discrimination, If he is going to hold back Information about the Job, and I don't know what's going on Concerning the Job. I can get hurt or someone else hurt. I need to know what is going on Concerning our Job. I don't know what is wrong but being black and a Female. because I do my Job. he don't have to like me, but I want to be treated Fairly. What's good for all the guys should be good enough for me. I Am so sorry to keep Calling you and Chief. because of this txt LT. Micheal Deaner Retaliated against me to be fired and Also for my Gender and Race. And for this txt 12 days later I was Terminated about 7:00 Am on September 10, 2019. after getting to work at 6:00 Am. and on my post when LT. M. Deaner walked it. I Asked him a question and he stated that he dont have to give me Any Answers and I was

10-21-2020

on thin Ice. I Asked For a Incident Report and he refused and he walked away and when he returned to my post he had the owner Printella Buckhead on speaker phone, she stated that I needed to take off my duty belt and go home. and I Asked was she Firing me and she stated Just go home and I will call you later. She called about 3 hours later and said that she was going along with LT. Dearer because he did not want me to return to work. I told her I did nothing wrong that the LT. did not like me. I pleted with her to not do this. I was a middle age balck widow and I have no one to take care of me. She said she was sorry and wish me luck. Mrs. buckhead only came down one time to talk with all the employees, because of All the complaints from all the employees about LT. Dearer. because when she Fired me I couldn't pay my car payment, mortgage, I lost my medical Insurance and it was hard for me to live. I had to depend on my church and help From people in the Community. I have witnesses and Txt messages From some employees of how I was treated.

Ms. Carolyn Miller
10-21-20

EEOC Case no - 846-2019-28703

Carolyn Miller
171 Ave. L
Apalachicola FL 32320

```
CAROLYN MILLER                              1 LBS      1 OF 1
(850) 276-2985                              SHP WT: 1 LBS
THE UPS STORE #0827                         DATE: 26 OCT 2020
844 N TYNDALL PKWY
PANAMA CITY  FL 32404-9407

SHIP  CLERKS OFFICE
TO:   111 N ADAMS ST

      TALLAHASSEE  FL 32301-7736

              FL 323 0-01

UPS GROUND
TRACKING #: 1Z AW2 971 03 1158 0038

BILLING: P/P
```

CHECKED OCT 2 0 2020