# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

Carolyn Miller,

**Plaintiff,**

vs.

**CASE NO:** 4:20 cv 514 MW MAF
846-2019-28703

EBS Security Inc.
C/o Printella Bankhead

**Defendant(s).**

_____/

## MOTION TO PROCEED IN FORMA PAUPERIS

I, Carolyn Miller, Plaintiff in the above-entitled action, move to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in the above-entitled action. I am unable to make full prepayment of fees or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees. I am hereby submitting a financial affidavit in support of this motion.

Carolyn Miller
Signature of Plaintiff

**AFFIDAVIT OF FINANCIAL STATUS MUST BE SUBMITTED WITH THIS MOTION.**

FILED USDC FLND TL
OCT 28 '20 PM12:28

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

Carolyn Ann Miller.

(Enter full name of Plaintiff)

vs.

CASE NO: _____

(To be assigned by Clerk)

EBS Security Inc.,
C/o Printella Buckhead,
220 E. Forsyth Street,
Suite C. Jacksonville Fl. 32202.

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

## AFFIDAVIT OF FINANCIAL STATUS

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statement regarding my residence, marital status, employment, and financial status:

I.  **RESIDENCE:**
Plaintiff's address:  Street  171 Ave L

Apt. _____  City  Apalachicola  State  Fl.

Zip Code  32320  Phone (850) 276-2985

Do you own this property, rent, or live with family or friends?  Own

rev. 11/2010

II.  **MARITAL STATUS and DEPENDENTS:**

a.   Single ☒   Married ☐   Separated ☐   Divorced ☐

b.   Dependants:   Spouse ☐

Children ☐   How many: _____

Others ☐   How many: _____

III.  **EMPLOYMENT:**

Are you now employed? (Either through self-employment or through an employer)

☒ Employed through an employer   ☐ Self-employed   ☐ Not employed

If you are employed, provide information about current employer.  If not, provide information about your most recent employer:

Name of Employer: _G4S Secure Solutions_

Address of Employer: _7282 Plantation Rd #203 Tallahasse Fl. 32504_

Employer's Phone # _(850) 852-0076_  Job title or description: _Security officer_

Dates of employment: Beginning _Oct 10, 19_  Ending _____

Monthly earnings (including overtime pay, commission and tips) $ _2 400_

IV.  **FINANCIAL STATUS:**

1.  Do you own **Real Property**: ☒ Yes   ☐ No

Description: _3 Bed Room Family Home_

Address: _171 Ave L_

In whose name is the property titled: _Carolyn Miller_

Estimated value: $ _100,000_  Annual income from property $ _O_

Amount owed on the property: $ _78,000_  Paid to: _PHH Mortgage_

2.  Do you own an **Automobile**: ☒ Yes   ☐ No

Make : _Hyundai 2013_  Model: _Hyundai Tucson_  Year: _2013_

In whose name registered: _Carolyn Miller_

Present value of car: $ _3,000_  Amount owed: $ _6,900_

2

3. **Other Assets**:

Cash on hand: $ _O_   Possess credit cards: ☐ Yes ☒ No

Cash in Bank/Savings & Loan Assoc./Credit Union: $ _O_

Names of Bank, Credit Union, and/or Savings & Loan Association:

Name: _Regions_   City: _Panama City_

Name: _____   City: _____

4. **Monthly Financial Obligations**:

   a. Monthly rent on house/apartment: $_____   Mortgage: $_____
   b. Monthly utilities expenses:   $ _795.00_
   c. Monthly telephone expenses:   $ _150.00_
   d. Monthly Car expenses:
      Car Payment $ _500.00_   Gasoline:$ _250.00_   Car Insurance: $ _98.10_
   e. Medical and/or Dental Insurance: $ _62.25_
   f. Non-covered medical and/or dental expenses:   $_____
   g. Food and clothing   $ _116.00_
   h. Child care expenses:   $_____
   i. Child support payments: $_____
   j. Alimony payments:   $_____

5. **Other debts or monthly expenses:** (for example, student loans, credit card debt, etc.):

   To whom owed: _____   Amount: _____
   To whom owed: _____   Amount: _____
   To whom owed: _____   Amount: _____
   To whom owed: _____   Amount: _____

   Total monthly payments on debts and expenses: . . . . . $ _1,964.00_

6. **Sources of income** (other than those listed above):

   a. Total payments for support assistance such as Social Security Disability benefits, A.F.D.C., unemployment benefits, etc.
      $_____ per week   $_____ per month
   b. Retirement benefits, including Social Security:
      $_____ per week   $_____ per month

3

    c.  Amount of alimony, child support payments received:

                $_____ per week      $_____ per month

    d.  Other income (royalties, dividends, interest, trust fund, etc.):

        Source: _____ $_____ per week  $_____ per month

        Source: _____ $_____ per week  $_____ per month

    e.  Do you regularly receive funds from a family member or friend? Yes ☐  No ☒

        If so, amount: $_____  How often: _____

7. **Spouse**:

    a.  If applicable, is your spouse employed:  Yes ☐  No ☒  N/A ☐

    b.  Place of employment: _____

    c.  Monthly Employment Income: $_____  d.  Other monthly income $_____.

8. **Other information pertinent to Plaintiff's financial status**:  Use this space to (1) describe any sporadic sources of income including odd jobs, seasonal or contract work; (2) list ownership of recreational vehicles, stocks, bonds, or trusts in which Plaintiff has an interest and (3) identify any other property of value. _____

    _____

    _____

    _____

    _____

    _____

9. **Have you paid – or will you be paying –** an attorney or anyone other than an attorney (including a paralegal or typist) any money for services in connection with this case, including the completion of this form?

    Yes ☐   No ☒   If yes, how much  $_____

    If yes, provide the person's name, address and telephone number:

    _____

V.    I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS AND INFORMATION PROVIDED ARE TRUE AND CORRECT.

                SIGNED: _Carolyn Miller_

                DATE: 10-21-2020

**Notice of Electronic Availability of Civil and Criminal Case File Information**
**Effective Date: November 1st , 2004**
*Revised November 14th , 2006*

The United States District Court for the Northern District of Florida accepts electronically filed pleadings and makes the content of these pleadings available on the court's Internet website via the Case Management/Electronic Case Files ("CM/ECF") system and/or PACER.[1] Any subscriber to CM/ECF and/or PACER will be able to read, download, store, and print the full content of electronically filed documents. The clerk's office will not make electronically available documents that have been sealed or otherwise restricted by court order.

You should not include sensitive information in any document filed with the court unless such inclusion is necessary and relevant to the case. You must remember that any personal information not otherwise protected will be made available over the Internet via CM/ECF and/or WebPACER. If sensitive information must be included, the following personal data identifiers must be partially redacted from the document, whether it is filed traditionally or electronically: Social Security numbers, financial account numbers, dates of birth, the names of minor children, and home addresses of parties. Disclosure of financial account and real property information in public electronic records, as is necessary to properly identify property in foreclosure and forfeiture proceedings, is an allowable exception.

In compliance with the E-Government Act of 2002, a party wishing to file a document containing the personal data identifiers specified above may
    (a) file an unredacted document under seal, or
    (b) file a reference list under seal.

The court may, however, still require the party to file a redacted copy for the public file.

In addition, exercise caution when filing documents that contain the following:

1. Personal identifying number, such as driver's license number;
2. Medical records, treatment and diagnosis;
3. Employment history;
4. Individual financial information; and
5. Proprietary or trade secret information.

**Counsel are strongly urged to share this notice with all clients** so that an informed decision about the inclusion of certain materials may be made. If a redacted document is filed, it is the **sole responsibility of counsel and the parties** to be sure that all pleadings comply with this notice requiring redaction of personal data identifiers. Likewise, counsel and the parties will be solely responsible for any unredacted documents filed. **The Clerk's Office will *not* review documents for compliance with this notice, seal on its own motion documents containing personal identifiers, or redact documents, whether filed electronically or on paper.**

---

[1] Remote electronic access to pleadings filed in civil social security cases is limited to counsel of record and court staff. Non-parties have direct access to the pleadings on file at the Clerk's Office

Carolys Miller
171 Ave, L
Apalachicola
FL 32320

CAROLYN MILLER
(850) 276-2985
THE UPS STORE #0827
844 N TYNDALL PKWY
PANAMA CITY  FL 32404-0407

1 LBS       1 OF 1
SHP WT: 1 LBS
DATE: 26 OCT 2020

SHIP CLERKS OFFICE
TO:  111 N ADAMS ST

TALLAHASSEE  FL 32301-7736

FL 323 0-01

**UPS GROUND**
TRACKING #: 1Z AW2 971 03 1158 0038

BILLING: P/P

CHECKED OCT 2 0 2020

UPS NOTICE ON REVERSE regarding UPS Terms and limits of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If export of this shipment indicates that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.