UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

Carolyn Ann Miller ,
(enter your full name and prisoner number)

Plaintiff,

vs.                                                                 Case No. 4:20-CV-00514-MW-MAF

EBS Security Inc ET AL ,
(enter full name(s) of all defendants)

Defendant(s).

Printella Buckhead, Micheal Deaner

### TITLE OF YOUR PLEADING

The body of your pleading should state the nature of your request and what you want the Court to do for you.

Carolyn Miller
(signature and prisoner number)

171 Ave L
(Mailing address)

Apalachicola Fl. 32320
(city, state and zip code)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing (insert name of document here) has been furnished by regular U.S. Mail to counsel for the defendant, (insert name of defendant's attorney here) at (insert address of defendant's attorney here), on this date, (date you mailed the copy to the defendant's attorney).

Carolyn Ann Miller
(your signature)

FILED USDC FLND TL
NOV 9 '20 PM2:48

Carolyn Miller
171 Ave L
Apalachicola Fl. 32320

JACKSONVILLE FL 320
7 NOV 2020 PM 4 L

Richard Mildenberger
Chief Deputy Clerk
111 N Adams Street
Tallahassee Fl. 32301-7717

32301-77307

