UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
_____ DIVISION


Carolyn Ann Miller,
(Name of Plaintiff/Petitioner)

vs.                                                    CASE NO: 4:20cv514-MW-MaF

EBS Security, Inc,
Printella Buckhead,
_____.
(Name of Defendant/Respondent)
_____/


## MOTION REQUESTING APPOINTMENT OF COUNSEL

I, the above named Plaintiff/Petitioner, do hereby swear that I am unable to pay the costs of said proceeding or give security therefor, that I believe I am entitled to redress, and that I am unable to litigate this case on my own behalf because (please explain) I don't make enough Income to Afford a lawyer Cause the Amount of Bills that I pay I respectfully request the appointment of counsel.

☒       In support of this motion, Plaintiff/Petitioner states that I have made a diligent effort to employ counsel and contacted the following attorneys:
WestBerry + Connors, LLC
4400 Bayou Blvd, Suite 32A
Pensacola, Fl. 32503
850-473-0401

FILED USDC FLND TL
NOV 23 '20 PM 4:33

☐ In support of this motion, Plaintiff/Petitioner states that I made a diligent effort to obtain the assistance of counsel by contacting the following legal aid organizations, lawyer referral service, or *pro bono* attorneys:

_____

_____

_____

_____

☐ I need a lawyer who can also speak in a language other than English. Please identify which language you speak: _____

I am financially unable to hire an attorney because: I dont make enough money to afford a lawyer with all the bills that I have to pay as being a widow with one income.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to move forward in this proceeding.

I declare that my answers to the foregoing are true and correct.

11-18-20
(Date)

Carolyn A. Miller
(Signature of Plaintiff/Petitioner)

171 Ave. L
Apalachicola Fl. 32320
(Address)

Revised 07/2011

2

171 Ave. L
Apalachicola Fl. 32320





United States District Courts
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite 322
Tallahassee Fl. 32301-7730