Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

Tallahassee Division

| | | |
|---|---|---|
| CAROLYN ANN MILLER | ) | Case No. 4:20-cv-00514-MW-MAF |
| | ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: (check one)  [X] Yes  [ ] No |
| -v- | ) | |
| EBS SECURITY INC and PRINTELLA BUCKHEAD | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Carolyn Miller
Street Address: 171 Ave L
City and County: Apalachicola Fl. 32320
State and Zip Code: Franklin County
Telephone Number: 850-276-2985
E-mail Address: Millercarolyncm6@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



FILED USDC FLND TL
DEC 29 '20 AM 10:49

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Micheal Deaner
- Job or Title (if known): lieutenant
- Street Address: Panama City Beach
- City and County: Fl. 32401  Bay
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Prinkella Banshead (owner)
- Job or Title (if known): 220 E. Forsyth Street suite C
- Street Address: Jacksonville  Duval
- City and County:
- State and Zip Code: Florida  32202
- Telephone Number: 904-463-4028
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

C.   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | A D Harris |
| Street Address | 819 E 11th Street |
| City and County | Panama City Fl. 32401 |
| State and Zip Code | |
| Telephone Number | |

II.   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **Sept 10, 2019     Aug 29, 2019**

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race
- [ ] color
- [x] gender/sex  **Female**
- [ ] religion
- [ ] national origin
- [ ] age (year of birth)  **1962**  *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

    A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    Oct 19, 2019

    B. The Equal Employment Opportunity Commission *(check one)*:

        ☐ has not issued a Notice of Right to Sue letter.

        ☒ issued a Notice of Right to Sue letter, which I received on *(date)* 10-24-19.

    *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C. Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐ 60 days or more have elapsed.

        ☒ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-28-20

Signature of Plaintiff: *Carolyn Miller*
Printed Name of Plaintiff: Carolyn Miller

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

August 29, 2019

Sent a Text to Captain Anthony Manigault of EBS Security, owner Printella Buckhead. that I was being Discriminated against by lieutenant Micheal Deaner. by not being Treated Equal to All the Male Employees. as myself being the only Black Female age 57. I was being Avoided by LT. Micheal Deaner at All times. not being Told Information Relating to our Job. involving Fema Rules, Rules to being Safe As Armed Security. Never Called into meeting with the Male Employees. Would not Aloud me to Ask Any Questions about the Job or Vital Information. I would have to Ask one of the male workers. All the male workers was voicing to me about It was wrong how I was being Treated by LT. Micheal Deaner. White male. I have Witnesses - Mr. Ephriam Godwin and Mr. Ricky Hall All with EBS Security. Because of this text to about Micheal Deaner. I was Retaliated against that lead to me being Terminated.

Sept 10, 2019

I Reported to work at 6:00 Am, LT. Micheal Deaner Also was on duty @ this time. Apon his arrival he walked into the office and All the male employees and myself was present. he Asked why Everyone was standing around in the office and not on their post. the office was my post at that time for the 1st hour. So Everyone left. I Asked LT. M. Deaner was he going to be coming in at 6:00 Am Everyday + he stated it was non of my bussiness what time he came in and that I was on thin Ice. I stated I wanted a Incident Report to write this up and he said he wasn't going to give me Anything. I then proceeded to tell him that I was going to call Ms. Printella Buckhead. he walked Away come back about (5) min and told me to Take my Duty belt off. not knowing

that he had Ms. Buckhead on Speaker Phone. I ask why do I have to do this and he said that I was Relieved of my duty for today and I Asked was I being Fired, he said no Just go home For today. That's when Ms. Buckhead begin to speak through the phone and said to do what he said. I Asked he at that time Also was I being Fired, she said no Just go home for today and she will call me later. 3) hours passed and Ms. Buckhead Called And stated that LT. Micheal Deaner dont want to work with me Anymore, and she will stand by his Decision. I pleaded with her not to do this until she come down From Jacksonville and Talk with all the male Employees about Mr. Deaner Attitude Towards me before she make this Decision. Since August 15, 2019 when Ms. Buckhead hired me she only been to Panama City from Jacksonville to speak with all the Employees about LT. Deaner conduct. we could only Relate Information by Phone to her. Ms. Buckhead stated she Terminate my Employment on Sept. 09, 2019 but it was on Sept. 10, 2019. Ms. Buckhead Failed to Properly investigate my complaint in the Email to Mr. Manigault which was Forwarded to her Also. My witness in this Report is Mr. Ephrian Godwin and Rick Hall. they will speak on my behalf. Mr. Deaner has been Terminated From EBS Security from mis conduct and bad Complaints.

