AMENDED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

**EMPLOYMENT DISCRIMINATION COMPLAINT FOR PRO SE LITIGANTS IN ACTIONS FILED UNDER 42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act) 29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or 42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)**

_Carolyn A. Miller_,
*(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

**Case No.:** 4:20-cv-00514-MW-MAF
*(To be filled in by the Clerk's Office)*

_FBS Security c/o Printella Buckhead_

_Micheal Deaner_,
*(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Jury Trial Requested?**
☐ YES   ☐ NO

FILED USDC FLND TL
FEB 9 '21 AM10:18

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name: Carolyn Miller

   Address: 171 Ave L
   Apalachicola Fl. 32320

   City, State, and Zip Code: _____

   Telephone: 850-276-2985 *(Home)* _____ *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____ *(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)*

B. Defendant(s)

1. Defendant's Name: Printella Buckhead Owner

   Name of Employer *(if relevant)*: EBS Security Inc.

   Address: 220 E. Forsyth Street, Suite C

   City, State, and Zip Code: Jacksonville, Fl 32202

2. Defendant's Name: _____

   Name of Employer *(if relevant)*: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Attach a page to provide this information for any additional Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e - § 2000e-17 *(race, color, gender, religion, national origin)* **(Note: To bring a federal lawsuit under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)**

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. § 621 to § 634. **(Note: To bring a federal lawsuit under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)**

☐ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C. § 12112 to § 12117. **(Note: To bring a federal lawsuit under the A.D.A.,**

*you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other Federal Law (*be specific*):_____

_____

☐ Relevant State Law (*specify, if known*):_____

_____

☐ Relevant City or County Law (*specify, if known*): _____

_____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

On August 29th I text Capt. Anthony Menquait. I'm not complaining about the schedule but trying

**Statement of Claim, Continued** *(Page ___ of ___)*

To get a understanding of the holiday schedule. From his Reaction I feel like he was avoiding me on the Issue. Instead of him talking to me he sent another co-worker to give me this Information and some Paperwork that was supposed only to be placed in his hands. that was a violation of my hippa Rights. he Refuse any Communication with me as an employee and he stated to me that he was going to let the Owner and Chief Prinkella Buchead of EBS Security Station in Jacksonville Fl. Relegate to me Anything Concerning the Job. LT. Micheal Dearer Stated that he Refuse to Communicate with me in Any manner.

September 10, 2019. Just arrived on post Spoke to LT. M, Dearer. at Approximately 6:00 Am and ask were he the morning Supervisor. "He stated" that it was non of my business what he do because he is the LT." after that Statement I Asked For a Incident Report. "he stated" I'm not going to give

me one. and he Turned and walked away. he returned 5 minutes later and told ordered me to take off my duty belt. and I was unaware that he had the Chief on Speaker Phone (Printella Buckhead) when he was ordering me to take off my Duty belt. And thats when Printella Buckhead spoke out and said do what he said on Speaker phone. I Preceeded to Ask at that time the Chief Mrs P. Buchead was I being Fired. Mrs. P. Buched "Stated" on Speaker phone no go home and I Will Call you. About 3 hours later Mrs P. Buckhead Called and "Stated" that LT. Micheal Dearer didnot Want me to Return back to work. and she stand by his Dicision. I Ask Mrs. Buckhead to Come from Jacksonville to Access the Situation before she make this dicisian.

From August 15, 2019 I Felt like he discriminated againsted me in everyway such as Scheduling, Communication, Code, Rules and Ethics of the Job. he treated no other Employee like that which was all men except myself a Black Female.

A. The discriminatory conduct at issue includes *(check all that apply)*:

☐ Failure to hire

☒ Termination of employment

☐ Failure to promote

☐ Failure to accommodate disability

☐ Unequal terms and conditions of employment

☐ Retaliation

☐ Other acts *(specify)*: _____

*(ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: Sep 10, 2019

☐ Plaintiff sought employment with Defendant on Aug 15, 2019 or

☐ Was employed by Defendant from Aug 15, 2019 until Sept 10, 2019

C. The location where Plaintiff was employed or sought employment was:

Address: A D Harris
819 East 11th St.

City, State, and Zip Code: Panama City Fl. 32401

IV. **EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES**

   A. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: __10-19-2019__

   B. Respondent(s) named on the charging document were: __EBS Security Inc.__

   (*If possible, attach a copy of the charges filed.*)

   C. The Equal Employment Opportunity Commission: *(check one)*

   ☐ Has not issued a Notice of Right to Sue letter.

   ☒ Issued a Notice of Right to Sue letter which I received on __8-31-2020__

   (***Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.***)

   D. As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

   ☒ Gender/Sex *(please identify)* _____

   ☒ Race *(please identify)* _____

   ☒ Color *(please identify)* _____

   ☐ Religion *(please identify)* _____

   ☐ National origin *(please identify)* _____

☐ Disability/Perceived Disability *(please identify)* _____

☐ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* _____

☐ Other *(please identify)* _____

E. Plaintiff:

☐ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

☐ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?   ☐ Yes   ☒ No

Explain: _____

_____

H. The facts as set forth above in Section III of this complaint:

☐ Are still being committed by Defendant against Plaintiff

☒ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☒ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

Back pay and lost wages - about to lose my home lost my medical Insurance, behind on all my bills. Went into a mild Depression Mental stress of trying to find another Job had to except less pay and wages.

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☐ Defendant be directed to _____

_____

☒ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 1-5-21   Plaintiff's Signature: Carolyn Miller

Printed Name of Plaintiff: Carolyn Miller

Address: 171 Ave L
Apalachicola Fl. 32320

E-Mail Address: Millercarolyncm6@gmail.com

Telephone Number: 850-276-2985

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Carolyn A. Miller<br>171 Avenue L<br>Apalachicola, FL 32320 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2019-28703 | **LANEETRA D. HARRIS,**<br>**Investigator** | (251) 690-2583 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*      08-31-2020

Enclosures(s)      **Erika LaCour,**<br>**Local Office Director**      *(Date Mailed)*

cc:   **EBS SECURITY INC**<br>**c/o Printella Bankhead, Owner**<br>**220 E. Forsyth Street, Suite C**<br>**Jacksonville, FL 32202**

UPS 2nd Day Air®

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®

Do not use this envelope for:
UPS Ground
UPS Standard
UPS 3 Day Select®

CAROLYN MILLER
(850) 276-2985
THE UPS STORE #0827
844 N TYNDALL PKWY
PANAMA CITY FL 32404-9407

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 08 FEB 2021

SHIP US DISTRICT COURT
TO: CLERKS OFFICE
111 N ADAMS ST

TALLAHASSEE FL 32301-7736

FL 323 0-01

UPS NEXT DAY AIR
TRACKING #: 1Z AW2 971 01 5922 3043   1

BILLING: P/P