# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CAROLYN ANN MILLER,**

    Plaintiff,

vs.                                                                   Case No. 4:20cv514-MW-MAF

**EBS SECURITY, INC.,**
**PRINTELLA BUCKHEAD, owner,**

    Defendants.

_____/

# O R D E R

Plaintiff, proceeding pro se, initiated this case in late October 2020. Plaintiff was granted in forma pauperis status, ECF No. 4, and subsequently directed to file several amended complaints. ECF Nos. 4, 9, and 11. Her third amended complaint, ECF No. 12, has now been reviewed. Although Plaintiff has still not complied with the direction to present all factual allegations in short numbered paragraphs, and she did not specify a basis for jurisdiction, *id.* at 3-4, it is apparent that she brings this case pursuant to Title VII and alleges discrimination because she is "a black female." ECF No. 12 at 6. Plaintiff has clarified that she was

employed by the employer between August and September of 2019, and she timely filed charges with the E.E.O.C. on October 19, 2012. *Id.* at 7-8. Plaintiff also attached a copy of the right to sue letter to her third amended complaint. *Id.* at 13. Accordingly, this case can proceed.

This Order advises Plaintiff of her obligation to serve the complaint on the Defendant(s) within 90 days as required by Rule 4(m). It is Plaintiff's responsibility to serve each named Defendant with a copy of the third amended complaint, ECF No. 12. The service copy of the complaint which is served on the Defendant(s) must be identical to the third amended complaint as filed with this Court. Fed. R. Civ. P. 4(c)(1).

Service must be accomplished within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(c),(m). Because the third amended complaint was filed on February 9, 2021, Plaintiff must ensure that Defendant(s) are served no later than **May 10, 2021**.

To effect service of process, the Defendant must be served with a copy of the complaint and summons that is issued by the Clerk of this Court. Personal delivery may be made by anyone who is at least 18 years of age and is not a party to this action. FED. R. CIV. P. 4(c). Process

servers may be found under that heading in the yellow pages of the telephone book.

Plaintiff has listed the Defendant as EBS Security, Inc. Service on that Defendant is governed by Federal Rule of Civil Procedure 4(h). Rule 4(h)(1)(A) permits service in compliance with state law[1] or by "delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or aby other agent authorized by appointment or by law to receive service of process and - if the agent is one authorized by statute and the statute so requires - by also mailing a copy of each to the defendant." Fed. R. Civ. P. 4(h)(1)(B).

Alternatively, Rule 4(d) allows Plaintiff the option of sending the Defendant a written notice of the commencement of the action through first-class mail (or other reliable means), a copy of the complaint filed with the Court, two copies of the waiver form (requesting that Defendant waive formal service of process), and a prepaid means for returning the form. Plaintiff will be provided with sufficient copies of the waiver form by the

---

[1] Rule 4(h)(1)(A) specifies that service on a corporation, partnership, or business association may be carried out "in the manner prescribed by Rule 4(e)(1) for serving an individual, which in turn, permits service as directed by state law. Fed. R. Civ. P. 4(e)(1).

Case No. 4:20cv514-MW-MAF

Clerk of Court. If the Defendant fails to return the waiver form, Plaintiff must then formally serve the Defendant pursuant to Rule 4(e), but the Defendant may then be liable for the costs of formal service. Thus, if Plaintiff desires to send a waiver request, she must do so expeditiously in the event that the Defendant does not so agree and personal service must still be carried out. Plaintiff should thoroughly review Rule 4 before attempting service by either of the above methods. [2]

Accordingly, it is hereby **ORDERED:**

1. The Clerk of Court shall forthwith issue a summons for the named Defendants, and deliver the summonses along with this Order to Plaintiff, who shall be responsible for prompt service of the summons and complaint upon the Defendants.

2. The Clerk shall also forward to Plaintiff a copy of AO Form 399 (Notice of a Lawsuit and Request to Waive Service of a Summons) for each named Defendant and two copies of AO Form 398 (Waiver of the Service of Summons) for each Defendant, to be used if Plaintiff decides to

---

[2] Furthermore, because Plaintiff was granted in forma pauperis status, if Plaintiff is unable to comply with this Order and serve the complaint on the Defendant, Plaintiff may file a motion requesting that the United States Marshals Service be appointed to serve the complaint. Any such motion must be filed no later than **March 11, 2021**.

Case No. 4:20cv514-MW-MAF

serve the complaint under Fed. R. Civ. P. 4(d) by requesting that Defendants waive formal service of summons. Plaintiff must complete the top portion of each of the forms, and she must complete the AO 398 form and date the AO 399 form before mailing it to each Defendant.

3. After a response to the complaint has been filed by the Defendant, Plaintiff shall be required to mail to the attorney for the Defendant a copy of every pleading or other paper, including motions and notices, submitted for consideration by the Court. Plaintiff must include with the original paper to be filed with the Clerk of Court a "certificate of service" which states the date a correct copy of the paper was mailed to the Defendant or to the attorney representing the Defendant. Any paper submitted for filing after a response to the complaint has been filed by the Defendant which does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the Court.

4. Pursuant to 28 U.S.C. § 636(c)(2),[3] the Clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with this case

---

[3] Pursuant to 28 U.S.C. § 636(c) the parties are notified that, if a trial has been demanded, they may consent to full trial before the undersigned, a magistrate judge. That statute provides that a full-time United States magistrate judge may, upon consent of the parties, conduct any or all proceedings in a jury or non-jury civil matter and order the entry of judgment in the case.

Case No. 4:20cv514-MW-MAF

number written on it. If Plaintiff wishes to consent, the form must be signed by Plaintiff and forwarded to counsel for the Defendant. If Defendant consents, the form should be signed and returned to the Clerk of Court. The parties, of course, are entirely free to withhold such consent without any adverse consequences.

    5. Plaintiff must immediately file a notice to the Clerk's Office should there be any change in Plaintiff's mailing address.

    6. The Clerk of Court shall return this file upon receipt of an answer or other response to the complaint filed by a Defendant, upon the filing of an executed or unexecuted summons, or no later than April 23, 2021.

    **DONE AND ORDERED** on February 16, 2021.

                                             S/ Martin A. Fitzpatrick
                                             **MARTIN A. FITZPATRICK**
                                             **UNITED STATES MAGISTRATE JUDGE**

Case No. 4:20cv514-MW-MAF