03-06-21

(1) On August 29th 2019 I Carolyn Miller Text Capt. Anthony Menquait.

(2) I Am not Complaining about the Schedule but trying to get a understanding of the holiday Schedule.

(3) From Mr. Micheal Deaner (LT.) Reaction, I Feel like he was Avoiding me on the Issue.

(4) Instead of Mr. LT. Deaner Talking to me he sent another (Officer) - Co-worker to give me this information and some paperwork, that was only supposed to be placed in his hands.

(6) This was a Violation of my hippa Rights

(7) LT. Micheal Deaner Refuse any Communication with me as an employee.

(8) LT. Micheal Deaner "Stated" to me that he was going to let the Owner and Chief Printella Buckhead of EBS Security Station in Jacksonville Fl. Relate to me Anything Concerning the Job.

(9) LT. Micheal Deaner "Stated" that he Refuse to Communicate with me in Any Manner.

(10) On September 10, 2019. I Just Arrived on post Spoke to LT. Micheal Deaner at Approximately 6:00 Am and Ask him were he the Morning Supervisor.

(11) LT. Micheal Deaner "Stated" ~~that~~ That it was

non of my bussiness what he do because he is the LT.

(12) After that statkment I asked for a Incident Report.

(13) LT. Dearer "Stated" I'm not going to give you one and he Turned and Walked away.

(14) LT. Micheal Dearer Returned 5 minuts Later And Ordered me to take off my Duty Belt.

(15) I was unaware that he had the chief on Speaker phone (Printella Buckhead). When he was Ordering me to take off my Duty Belt.

16 And that's when Printella Buckhead spoke out and "stated" do what LT. Dearer said on Speaker Phone.

(17) I Proceeded to Ask mrs. Printella Buckhead (chief) was I being Fired.

(18) Mrs. Printella Buckhead "Stated" on speaker phone no go home and I will call you.

(19) Approximately (3) hours had passed and mrs. Printella Buckhead Called and "Stated" LT. Dearer Didnot Want me to return back to Work

(20) And she Mrs. Buckhead Stands by his Dicision.

21 I Ask mrs. P. Buckhead to come from Jacksonville to Access the Situation before she make this Decision to Fire me.

22) From August 15, 2019 I felt like I was discriminated against in every way such as scheduling, Communication, Code, Rules and Ethics of the Job.

23) No other Employee was treated like this which was All men except myself a Black Female.

Thank you
Ms. Carolyn A. Miller

Carolyn Miller
171 Ave L
Apalachicola FL 32320

US District Court
111 N Adams St #322
Tallahassee, FL 32301

MAR 10 2021

CAROLYN MILLER
(850) 276-2985
THE UPS STORE #0521
653 W 23RD ST
PANAMA CITY  FL 32405-3934

SHIP  US DISTRICT COURT
TO:   STE 322
      111 N ADAMS ST

TALLAHASSEE  FL 32301-7730

1 LBS      1 OF 1
SHP WT: 1 LBS
DATE: 08 MAR 2021

FL 323 0-01

UPS GROUND
TRACKING #: 1Z A91 W73 03 9602 9615

BILLING: P/P



ISH 13.00F ZZP 450 42.5V 01/2021

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
KR0920