AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| CAROLYN ANN MILLER | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 4:20cv514 -MW/MAF |
| EBS SECURITY INC ET AL | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PRINTELLA BUCKHEAD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CAROLYN ANN MILLER
171 AVE L
APALACHICOLA, FL 32320

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____02/16/2021_____    _____S/Betsy Breeden_____
*Signature of Clerk or Deputy Clerk*

RCV'D USDC FLND TL
MAR 10 '21 PM 2:20

Carolyn Miller
171 Ave L
Apalachicola FL 32320

US District Court
111 N Adams St # 322
Tallahassee, Fl 32301

CAROLYN MILLER
(850) 276-2985
THE UPS STORE #0521
653 W 23RD ST
PANAMA CITY  FL 32405-3934

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 08 MAR 2021

SHIP   US DISTRICT COURT
TO:    STE 322
       111 N ADAMS ST

       TALLAHASSEE  FL 32301-7730

FL 323 0-01

UPS GROUND
TRACKING #: 1Z A91 W73 03 9602 9615

BILLING: P/P



ISH 13.00F ZZP 450 42.5V 01/2021

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.