AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida

| | |
|---|---|
| CAROLYN ANN MILLER | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   4:20CV514-MW/MAF |
| EBS SECURITY INC ET AL | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   CAROLYN ANN MILLER
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **03-06-2021**, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **03-06-2021**

Signature: *Carolyn A. Miller*
*Signature of the attorney or unrepresented party*

*Carolyn A. Miller*
*Printed name*

PRINTELLA BUCKHEAD
*Printed name of party waiving service of summons*

171 Ave L Apalachicola Fl. 32320
*Address*

Millercarolyncm6@gmail.com
*E-mail address*

850-276-2985
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Carolyn Miller
171 Ave L
Apalachicola FL 32320

US District Court
111 N Adams St #322
Tallahassee, FL 32301

PINK 3-OUT 1-OUT
WALT 3432 x 1

CAROLYN MILLER
(850) 276-2985
THE UPS STORE #0521
653 W 23RD ST
PANAMA CITY  FL 32405-3934

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 08 MAR 2021

SHIP US DISTRICT COURT
TO:  STE 322
     111 N ADAMS ST

TALLAHASSEE  FL 32301-7730

FL 323 0-01



UPS GROUND
TRACKING #: 1Z A91 W73 03 9602 9615



BILLING: P/P

ISH 13.00F ZZP 450 42.5U 01/2021

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.