AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| CAROLYN ANN MILLER <br> *Plaintiff* <br> v. <br> EBS SECURITY ET AL <br> *Defendant* | ) ) ) ) ) |

Civil Action No.   4:20cv514-MW/MAF

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   PRINTELLA BUCKHEAD
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

   A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

   This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

   If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

   If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

   Please read the enclosed statement about the duty to avoid unnecessary expenses.

   I certify that this request is being sent to you on the date below.

Date: 03-06-2021

*Signature of the attorney or unrepresented party*: Carolyn Ann Miller

CAROLYN ANN MILLER
*Printed name*

171 Ave L Apalachicola Fl. 32320
*Address*

MillerCarolynCm6@gmail.com
*E-mail address*

850-276-2985
*Telephone number*

FILED USDC FLND TL
MAR 10 '21 PM2:18

Carolyn Miller
171 Ave L
Apalachicola FL 32320

US District Court
111 N Adams St #322
Tallahassee, Fl 32301

MAR 10 2021

CAROLYN MILLER
(850) 276-2985
THE UPS STORE #0521
653 W 23RD ST
PANAMA CITY  FL 32405-3934

1 LBS           1 OF 1
SHP WT: 1 LBS
DATE: 08 MAR 2021

SHIP   US DISTRICT COURT
TO:    STE 322
       111 N ADAMS ST

TALLAHASSEE  FL 32301-7730

FL 323 0-01




UPS GROUND
TRACKING #: 1Z A91 W73 03 9602 9615



BILLING: P/P

ISH 13.00F ZZP 450 42.5V 01/2021

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
KR0920