**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CAROLYN ANN MILLER,**

    **Plaintiff,**

vs.                                          **Case No. 4:20cv514-MW-MAF**

**EBS SECURITY, INC.,
PRINTELLA BUCKHEAD, owner,**

    **Defendants.**
_____/

**O R D E R**

The pro se Plaintiff initiated this case in late October 2020, ECF No. 1, and was granted in forma pauperis status, ECF No. 4. After filing several amended complaints, Plaintiff's third amended complaint, ECF No. 12, was reviewed and deemed appropriate for service. An Order was entered on February 16, 2021, which explained the requirements for service of process and directed the Clerk of Court to issue summonses and provide them to Plaintiff. ECF No. 13. The docket indicates that was done. ECF No. 14.

However, Plaintiff has not complied with that Order. Instead, it appears that Plaintiff has returned the summonses to this Court, and that she also signed the copies of the waiver of service of summons and notice of the lawsuit and returned them as well instead of serving the Defendants. ECF No. 15. There is no indication that Plaintiff sent the waiver forms along with a copy of her third amended complaint to the Defendants.

Considering the progress of this case, it now appears unlikely that Plaintiff will be able to comply with the prior Order, ECF No. 13. Thus, since Plaintiff was granted in forma pauperis status, the Court will direct the United States Marshals Service to serve the complaint on Plaintiff's behalf as permitted by Rule 4(c).[1] To do so, Plaintiff must provide this Court with two copies of her third amended complaint, ECF No. 12.[2] The two service copies must be identical to the third amended complaint as filed with this Court. Plaintiff shall have until **April 2, 2021**, to submit the two service

---

[1] That Rule states: "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916." Fed. R. Civ. P. 4(c)(3).

[2] Rule 4 also provides that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1).

Case No. 4:20cv514-MW-MAF

copies to the Clerk of this Court.  Thereafter, another Order will be entered directing service on the Defendants.  Plaintiff must take no further actions to serve the Defendants.

Accordingly, it is **ORDERED:**

1.  Plaintiff shall have until **April 2, 2021**, in which to provide two copies of her third amended complaint, ECF No. 12, to the Clerk's Office.

2.  **Failure to comply with this Court Order may result in a recommendation of dismissal of this action.**

3.  Plaintiff must immediately file a notice to the Clerk's Office should there be any change in Plaintiff's mailing address.

4.  The Clerk of Court shall return this file upon receipt of Plaintiff's service copies, or later than April 2, 2021.

**DONE AND ORDERED** on March 12, 2021.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**