FILED USDC FLND TL
MAR 26 '21 PM 1:53

(1) On August 29th 2019 I Carolyn Miller Text Capt. Anthony Menguait.

(2) I am not Complaining about the schedule but trying to get a understanding of the holiday Schedule.

(3) From Mr. Micheal Deaner (LT.) Reaction, I Feel like he was Avoiding me on the Issue.

(4) Instead of Mr. LT Deaner Talking to me he sent another (officer)-Co-Worker to give me this information and some paperwork, that was only supposed to be placed in his hands.

(6) This was a Violation of my hippa Rights

(7) LT. Micheal Deaner Refuse any Communication with me as an employee.

(8) LT. Micheal Deaner "Stated" to me that he was going to let the Owner and Chief Printella Buckhead of EBS Security station in Jacksonville Fl. Relate to me Anything Concerning the Job.

(9) LT. Micheal Deaner "Stated" that he Refuse to Communicate with me in any manner.

(10) On September 10, 2019. I Just Arrived on Post Spoke to LT. Micheal Deaner at Approximately 6:00 Am and Ask him were he the morning Supervisor.

(11) LT. Micheal Deaner "Stated" that That it was

non of my bussiness what he do because he is the LT.

(12) After that statement I asked for a Incident Report.

(13) LT. Dearer "Stated" I'm not going to give you one and he Turned and walked away.

(14) LT. Micheal Dearer Returned 5 minutes later and ordered me to take off my Duty Belt.

(15) I was unaware that he had the chief on speaker phone (Printella Buckhead). when he was ordering me to take off my Duty Belt.

(16) And that's when Printella Buckhead spoke out and "stated" do what LT. Dearer said on speaker phone.

(17) I Proceeded to Ask mrs. Printella Buckhead (Chief) was I being fired.

(18.) Mrs. Printella Buckhead "Stated" on speaker Phone no go home and I will call you.

(19) Approximately (3) hours had passed and mrs. Printella Buckhead Called and "Stated" LT. Dearer Didnot Want me to return back to work

(20) and she mrs. Buckhead stands by his Dicision.

(21) I Ask mrs. P. Buckhead to come from Jacksonvile to Access the Situation before she make this Decision to Fire me.

22) From August 15, 2019 I felt like I was discriminated against in every way such as scheduling, Communication, Code, Rules and Ethics of the Job.

23) No other Employee was treated like this which was All men except myself a Black Female.

(1) On August 29th 2019 I Carolyn Miller Text Capt. Anthony Menguait.

(2) I Am not Complaining about the Schedule but trying to get a understanding of the holiday Schedule.

(3) From Mr. Micheal Deaner (LT.) Reaction, I Feel like he was Avoiding me on the Issue.

(4) Instead of Mr. LT. Deaner Talking to me he sent another (Officer) - Co-Worker to give me this information and some paperwork, that was only Supposed to be placed in his hands.

(6) This was a Violation of my hippa Rights

(7) LT. Micheal Deaner Refuse any Communication with me as an employee.

(8) LT. Micheal Deaner "Stated" to me that he was going to let the Owner and Chief Printella Buckhead of EBS Security Station in Jacksonville Fl. Relate to me Anything Concerning the Job.

(9) LT. Micheal Deaner "Stated" that he Refuse to Communicate with me in Any manner.

(10) On September 10, 2019. I Just Arrived on post Spoke to LT. Micheal Deaner at Approximately 6:00 Am and Ask him Were he the morning Supervisor.

(11) LT. Micheal Deaner "Stated" that That it was

non of my bussiness what he do because he is the LT.

(12) After that statkment I asked for a Incident Report.

(13) LT. Dearer "Stated" I'm not going to give you one and he Turned and walked away.

(14) LT. Micheal Dearer Returned 5 minutes Later and Ordered me to take off my Duty Belt.

(15) I was unaware that he had the chief on Speaker phone (Printella Buckhead). When he was Ordering me to take off my Duty Belt.

(16) And that's when Printella Buckhead spoke out and "stated" do what LT. Dearer said on speaker Phone.

(17) I Proceeded to Ask mrs. Printella Buckhead (Chief) was I being Fired.

(18.) Mrs. Printella Buckhead "Stated" on Speaker Phone no go home and I will call you.

(19) Approximately (3) hours had passed and mrs. Printella Buckhead Called and "Stated" LT. Dearer Didnot want me to return back to work

(20) And she Mrs. Buckhead Stands by his Dicision.

(21) I Ask mrs. P. Buckhead to come from Jacksonville to Access the Situation before she make this Decision to Fire me.

22) From August 15, 2019 I felt like I was discriminated against in every way such as scheduling, Communication, Code, Rules and Ethics of the Job.

23) No other Employee was treated like this which was All men except myself a Black Female.



Carolyn Miller
171 Ave L
Apalachicola Fl. 32320

MAR 2 4 2021

US District Court
111 N Adams St. #322
Tallahassee, Fl 32301

UPS GROUND
TRACKING #: 1Z A91 W73 03 6321 3325

FL 323 0-01
TALLAHASSEE FL 32301-7730

SHIP US DISTRICT COURT
TO: STE 322
111 N ADAMS ST