# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CAROLYN ANN MILLER,**

    **Plaintiff,**

**vs.**                                                    **Case No. 4:20cv514-MW-MAF**

**EBS SECURITY, INC.,**
**PRINTELLA BUCKHEAD, owner,**

    **Defendants.**

_____/

## O R D E R

The Order entered in this case on March 12, 2021, required the pro se Plaintiff to submit two identical service copies of her third amended complaint, ECF No. 12. ECF No. 16. Plaintiff's deadline to comply (April 2, 2021) is fast approaching.

Plaintiff has recently submitted an untitled document. ECF No. 17. The Clerk's Office determined that it should be filed in this case only because the envelope in which it was mailed to the Court listed Plaintiff's name and address. ECF No. 17 at 7. The document is otherwise not properly styled for this case as required by Local Rule 5.1(B). It does not

have a heading or other title which identifies the document as required by Local Rule 5.1(B). The document is also not signed and fails to include a signature block as required by Local Rule 5.1(E). Federal Rule of Civil Procedure 11(a) requires that all documents submitted for filing include the signature of the filing party. Fed. R. Civ. P. 11(a). The Rule goes on to require that a "court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id.* Plaintiff is informed that no further action will be taken on this document. Moreover, all future documents submitted for filing must include the case style as shown on the first page of this Order, a title for the document which clearly identifies the document, and Plaintiff's hand-written signature, followed by her "typed or printed name, street address, email address if the party has one, and telephone number if the party has one." N.D. Fla. Loc. R. 5.1(E). Any document which does not comply will be returned to Plaintiff and not filed.

Plaintiff is reminded that she must provide this Court with two copies of her third amended complaint, ECF No. 12.[1] The two service copies must

---

[1] Rule 4 states that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1).

Case No. 4:20cv514-MW-MAF

be identical to the third amended complaint as filed with this Court. As a courtesy, Plaintiff is given a brief extension of time and shall have until **April 12, 2021**, to submit the two service copies to the Clerk of this Court. If Plaintiff does not comply with this Order, she is warned that a recommendation will be made to dismiss this case.

Accordingly, it is

**ORDERED:**

1. No further action will be taken on Plaintiff's recently submitted document, ECF No. 17, because it fails to comply with the Rules of this Court and Federal Rule of Civil Procedure 11(a).

2. Plaintiff shall have until **April 12, 2021**, in which to provide two copies of her third amended complaint, ECF No. 12, to the Clerk's Office.

3. **Failure to comply with this Order will result in a recommendation of dismissal of this action.**

4. Plaintiff must immediately file a notice to the Clerk's Office should there be any change in Plaintiff's mailing address.

5.  The Clerk of Court shall return this file upon receipt of Plaintiff's service copies, or later than April 12, 2021.

**DONE AND ORDERED** on March 30, 2021.

<u>S/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**