UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAROLYN ANN MILLER,

Plaintiff,

v.  Case No. 4:20-cv-00514-MW-MAF

EBS SECURITY INC., and
PRINTELLA BUCKHEAD,

Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendants, EBS Security Inc. ("EBS") and Printella Bankhead ("Bankhead")[1] (collectively, "Defendants"), through undersigned counsel and pursuant to Federal Rules of Civil Procedure 8 and 12, answer the Third Amended Complaint (Doc. 12) filed by Plaintiff, Carolyn Miller ("Plaintiff"), and assert defenses and affirmative defenses as follows:

---

[1] Plaintiff misspells Defendant Bankhead's last name in the case caption.

1

## PARTIES TO THIS COMPLAINT

1. Defendants acknowledge that Plaintiff has filed the Complaint. Defendants are without knowledge regarding and therefore deny the remaining allegations in Paragraph I(A)(1).

2. Defendants acknowledge that Plaintiff has sued Defendants in this action. Defendants admit that the address information set forth in Paragraph I(B)(1) is accurate.

## BASIS FOR JURISDICTION

3. Notwithstanding Plaintiff's failure to identify the basis for jurisdiction, Defendants acknowledge that jurisdiction is proper in this Court as to EBS. Defendants deny that jurisdiction is proper as to Defendant Bankhead, who is not subject to liability under applicable law. Defendants deny that they violated any law.

## STATEMENT OF CLAIM

4. Defendants are without knowledge regarding, and therefore deny, or otherwise deny, all of Plaintiff's allegations in her statement of claim except as explicitly admitted below. Defendants admit that Defendant Printella Bankhead was on a phone call with Plaintiff and Lt. Michael Deaner during which Defendant Bankhead told Plaintiff to go home and that Defendant Bankhead

2

would call Plaintiff.  Defendants further admit that Defendant Bankhead notified Plaintiff that Lt. Deaner did not want Plaintiff to return to work, and that Defendant Bankhead stood by the decision.  Defendants admit that Plaintiff was employed at the address identified in Paragraph III(C).

## EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

5.	Defendants admit that Plaintiff filed a Charge of Discrimination against Defendant EBS alleging discrimination on the basis of sex and race, and that Plaintiff no longer works for EBS.  Defendant is without knowledge regarding and therefore denies, or otherwise denies, the remaining allegations in Paragraph IV.

## RELIEF

6.	Defendants deny all allegations and deny that Plaintiff is entitled to any relief in this action.

## CERTIFICATION

7.	Defendants are without knowledge regarding, and therefore deny, Plaintiff's allegations regarding her contact information.  Defendants deny all remaining allegations in Paragraph VI of the Complaint.

## GENERAL DENIAL

All allegations not expressly admitted are denied.

## FIRST DEFENSE

Defendant Bankhead is not subject to individual liability under applicable law and therefore Plaintiff fails to state a claim against Defendant Bankhead.

## SECOND DEFENSE

Even if Plaintiff could state a claim against Defendant Bankhead, Plaintiff failed to exhaust administrative remedies and therefore her claim against Defendant Bankhead is barred.

## THIRD DEFENSE

Plaintiff's claims are barred or limited to the extent she failed to mitigate damages.

## FOURTH DEFENSE

Plaintiff's claims are barred or limited to the extent Defendants discover evidence of wrongdoing that if known previously would have led EBS to terminate Plaintiff.

## FIFTH DEFENSE

To the extent Plaintiff attempts to state a claim for retaliation, her claim is barred to the extent she failed to engage in protected activity.

## SIXTH DEFENSE

Defendants reserve the right to assert additional defenses that may be

revealed during discovery.

Dated this 21st of June, 2021.

    Respectfully submitted,

    SPIRE LAW, LLC
    2572 W. State Road 426, Suite 2088
    Oviedo, Florida 32765

    */s/Ashwin R. Trehan*
    Ashwin R. Trehan, Esq.
    Florida Bar No. 42675
    /s/Jesse I. Unruh
    Jesse I. Unruh, Esq.
    Florida Bar No. 93121
    ashwin@spirelawfirm.com
    jesse@spirelawfirm.com
    sarah@spirelawfirm.com
    laura@spirelawfirm.com
    Attorney for Defendants | EBS SECURITY INC., and PRINTELLA BANKHEAD

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 21st day of June, 2021., the foregoing was electronically filed with the Court by using the Northern District of Florida's CM/ECF portal, and served by U.S. and electronic mail upon Plaintiff, Carolyn Miller, at millercarolyncm60@gmail.com; 171 Ave L Apalachicola, FL 32320.

    */s/ Ashwin R. Trehan*
    Attorney