# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CAROLYN ANN MILLER,**

    **Plaintiff,**

**vs.**                                      **Case No. 4:20cv514-MW-MAF**

**EBS SECURITY, INC.,**
**PRINTELLA BUCKHEAD, owner,**

    **Defendants.**
**_____/**

## O R D E R

Service of the pro se Plaintiff's third amended complaint, ECF No. 12, was directed in February 2021, but was unsuccessful. ECF No. 13. Another Order was entered which directed the United States Marshals Office to serve the complaint on Plaintiff's behalf pursuant to Rule 4(c)(3). ECF No. 19. When two months had passed without a response, another Order was entered requiring the Marshals Service to file a status update by July 2, 2021. ECF No. 21. However, four days later an answer to the complaint was filed by the Defendants. ECF No. 22. More recently, the docket indicates the Marshals Service received the prior Order, ECF No.

21.  ECF No. 24.  This Order shall immediately be provided to the Marshals Service.  In light of the answer, ECF No. 22, there is no need for a status update.

Accordingly, it is

**ORDERED:**

1.  The Clerk of Court shall immediately provide a copy of this Order to the United States Marshals Service.

2.  The Marshals Service is not required to file a response to the prior Order or give an update as to service efforts.

3.  Plaintiff must file a notice to the Clerk's Office in the event that there is any change in her address.  The Court will not seek to locate a litigant.  Thus, if mail is returned because it cannot be delivered to Plaintiff, this case may be dismissed.

4.  The Clerk of Court shall return this file upon the filing of the Rule 26 Report, or no later than August 4, 2021.

**DONE AND ORDERED** on June 25, 2021.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**