# United States District Court
### CIVIL MINUTES - GENERAL

Time: 2:29 – 2:32 p.m.                                   Case # 4:20cv514-MW-MAF

Date  December 15, 2022

CAROLYN ANN MILLER v. EBS SECURITY INC, et al.

DOCKET ENTRY:  TELEPHONIC SCHEDULING CONFERENCE held.  Parties discuss case status.  Ruling by Court:  Jury trial set for 5/1/23.  Order to follow.

PRESENT:    HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
| Deputy Clerk | Court Reporter |

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

Gary Printy

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Jesse Unruh

Initials of the Clerk:  VMM