IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CAROLYN ANN MILLER,**

    *Plaintiff*,

v.                                        Case No.: 4:20cv514-MW/MAF

**EBS SECURITY INC., and
PRINTELLA BANKHEAD,**

    *Defendants*.
_____/

**ORDER GRANTING MOTION FOR SETTELEMENT CONFERENCE**

The parties have filed a joint motion for settlement conference before a Magistrate Judge. ECF No. 45. The motion is **GRANTED**. This case is referred to Magistrate Judge Fitzpatrick who shall hold a settlement conference no later than **Friday, March 24, 2023**. The parties must confer and contact Judge Fitzpatrick's chambers to set a time for the settlement conference.

SO ORDERED on January 25, 2023.

                                                          s/Mark E. Walker_____
                                                          **Chief United States District Judge**